JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN NORDE-DAVIS, CHRISTOPHER DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> SALLY BEAUTY HOLDINGS, INC., SALLY BEAUTY SUPPLY LLC, and DOES 1 through 100 inclusive, <br><br> Defendants. | Case No.: 8:15-cv-01030-JLS-JEMx <br><br> *[Assigned to Honorable Josephine L. Staton]* <br><br> **ORDER RE: STIPULATION FOR DISMISSAL OF CASE** <br><br> Complaint Filed: ***May 11, 2015*** |

Pursuant to the Stipulation for Dismissal by and between plaintiffs ROBIN NORDE-DAVIS and CHRISTOPHER DAVIS and defendants SALLY BEAUTY HOLDINGS, INC., and SALLY BEAUTY SUPPLY LLC, through their respective attorneys:

IT IS HEREBY ORDERED that this entire action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), and that each party shall bear their own costs and attorneys' fees incurred in connection with the action. The Court shall retain jurisdiction.

IT IS SO ORDERED:

DATED: February 16, 2016

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE